IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DANIEL DIYANNI, et al.,
    Plaintiffs,

v.

WALNUT TOWNSHIP BOARD
OF EDUCATION, et al.,
    Defendants.

Case No. 2:06-CV-151
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

Counsel in the instant action have reported to the Court that the parties have reached a settlement agreement. At this juncture, the pending Motion for Judgment on the Pleadings (**Doc. #12**) is **DENIED as moot**. The Clerk shall remove this motion from the Court's pending motions list. Counsel shall submit an Entry of Dismissal as soon as practicable.

**IT IS SO ORDERED.**

3-1-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE